IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OMAR GRAYSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 03:09-cv-335-MJR-DGW |
| | ) |
| HAROLD SCHULER, | ) |
| | ) |
|    Defendant. | ) |
| | ) |
| | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is Plaintiff Omar Grayson's Petition for Court Reappearance. This motion is **GRANTED**. Plaintiff shall appear in person for a hearing in the East St. Louis Courthouse on **June 28, 2012, at 2:00 p.m.**

On February 6, 2012, the United States Court of Appeals for the Seventh Circuit issued a mandate in this action reversing the judgment of the District Court and remanding the case for further proceedings. Upon remand, United States District Judge Michael J. Reagan referred the matter to the undersigned magistrate judge for all further pretrial proceedings, pursuant to SDIL-LR 72.2(b)(2) and 28 U.S.C. § 636(c). The undersigned set the matter for an in person status conference to be held on April 30, 2012 (Doc. 68). On or about April 25, 2012, it came to the Court's attention that Plaintiff was detained in the Cook County Jail on charges unrelated to this action. Therefore, the Court canceled the April 30 conference.

Grayson now asks the Court to reset the conference. Based on the change of address Grayson recently submitted, it appears he is still detained in the Cook County Jail. The Cook

County Sheriff's Inmate Locator website indicates Grayson's next court date on the criminal charges is June 8, 2012.[1]  Because of the potential that the June 8 hearing might affect Grayson's custody status, the Court will reschedule its status conference after that date.

**IT IS THEREFORE ORDERED** that the status conference is reset for **June 28, 2012, at 2:00 p.m**. in the East St. Louis Courthouse.  Plaintiff Grayson is **ORDERED** to appear in person.  Plaintiff Grayson is **ADVISED** of his ongoing responsibility to keep the Court informed of his address.  Grayson is **FURTHER ADVISED** that failure to keep the Court advised of his address may result in failing to receive orders and notices of the Court or in dismissal for failure to prosecute the case.

**IT IS SO ORDERED.**

**DATED: May 17, 2012**

        **DONALD G. WILKERSON**
        **United States Magistrate Judge**

---

[1] Cook County Sheriff, http://www.cookcountysheriff.org   (last accessed May 16, 2012).